```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          SOUTHERN DIVISION
```

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                                      Civil Action No: 1:05cv236-LG-RHW

$44,999.00 IN
UNITED STATES CURRENCY                                            DEFENDANT
                                                                  PROPERTY

## AMENDED AGREED FINAL JUDGMENT
## AND DEFAULT JUDGMENT OF FORFEITURE

The United States of America (hereafter "Government") and Melvin G. Cooper, attorney for Claimant Hector Dane Dawkins, represent to the Court that this case has been settled. The settlement included the granting of a judgment in favor of the Government as to the defendant property and the payment in settlement to Claimant Hector Dane Dawkins of $22,499.00 in U.S. Currency. Due to a scriveners error the Government would show the correct total amount of the currency to be returned to Claimant Hector Dane Dawkins to be $22,499.50 with the remaining $22,499.50 to be forfeited to the Government.

It is, therefore, ORDERED and ADJUDGED as follows:

1. The Agreed Final Judgment and Default Judgment of Forfeiture entered herein on December 29, 2006, is hereby amended to show the correct amount of the Defendant Property to be returned to Claimant Hector Dane Dawkins as $22,499.50 and the remaining amount of $22,499.50 is hereby forfeited to the United States of America.

2. All findings and adjudications of the original Agreed Final Judgment and Default Judgment of Forfeiture are incorporated herein by reference.

3. The United States Marshal is directed to release the corrected Defendant Property ($22,499.50) to Claimant Hector Dane Dawkins, by check drawn on the appropriate account and forward to Claimant's attorney:

>Melvin G. Cooper, Esq.
>178 Main Street, Suite 104
>Biloxi, Mississippi 39530
>228-435-4529

SO, ORDERED AND ADJUDGED this <u>4th</u> day of January 2007.

<u>s/ *Robert H. Walker*        </u>
UNITED STATES MAGISTRATE JUDGE

Approved and Agreed to:
    UNITED STATES OF AMERICA
    DUNN LAMPTON
    United States Attorney for the
    Southern District of Mississippi

By:  <u>  s/ Glenda R. Haynes         </u>      <u> 1-04-07 </u>
    GLENDA R. HAYNES                        Dated
    Assistant United States Attorney

  <u> s/ Melvin G. Cooper          </u>      <u> 1-04-07 </u>
    MELVIN G. COOPER, Esq.                  Dated
    Attorney for Claimant